NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN HIPPELY, ANTHONY CAICCO, BENNETT COBB, SR., ERIC FINCHAM, MARILYN LANNING, HAROLD LANNING, ROSALIE LANNING, RICHARD MOWEN, ELAINE MOWEN, WARREN R.C. INC., RICHARD L. GWIN, DEBORAH A. GWIN, OHIO EDISON CO.,**

*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**

*Defendant-Appellant*

---

2023-2271

---

Appeal from the United States Court of Federal Claims in No. 1:18-cv-01070-RTH, Judge Ryan T. Holte.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                                HIPPELY V. US

(2)  Each side shall bear their own costs.



                                         FOR THE COURT

October 2, 2023
        Date                             /s/ Jarrett B. Perlow
                                         Jarrett B. Perlow
                                         Clerk of Court


**ISSUED AS A MANDATE:** October 2, 2023